**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

IN RE:

    Joan L. Serena,

                  Debtors(s)

BK NO. 18-70641-JAD

CHAPTER 13

Related to Doc. #46

**ORDER OF THE COURT**

The Court has considered the Joint Motion to Withdraw the Appearance of Fred W. Freitag, IV and Enter the Appearance of Robert Wendt, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the appearance of Fred W. Freitag, IV as attorney of record is WITHDRAWN; and it is further;

ORDERED, that the appearance of Robert Wendt is ENTERED as counsel of record for Toyota Motor Credit Corporation.

Signed this 28th day of January, 2021

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

cc See attached service list

FILED
1/28/21 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Joan L. Serena
1555 21st Street
Clearfield, PA 16830

Earle D. Lees, Jr., Esq.
Attorney for Debtor
PO Box 685
DuBois, PA 15801

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Liberty Center
1001 Liberty Avenue – Suite 970
Pittsburgh, PA 15222

Leopold & Associates, PLLC
80 Business Park Drive – Suite 110
Armonk, NY 10504

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70641-JAD |
| Joan L. Serena | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan L. Serena, 1555 21st St, Clearfield, PA 16830-3228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 30, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Earle D. Lees, Jr. | on behalf of Debtor Joan L. Serena bankruptcybutler@windstream.net earlelees@ducom.tv;leeser84943@notify.bestcase.com |
| Fred W. Freitag, IV | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Office of the United States Trustee | |

District/off: 0315-7 | User: lfin | Page 2 of 2
Date Rcvd: Jan 28, 2021 | Form ID: pdf900 | Total Noticed: 1

    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 9