IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Joan L. Serena | : | Bankruptcy No. 18-70641 |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Trustee, or Debtors(s), Movant | : | |
| | : | |
| v. | : | |
| None | : | |
| Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 12/12/20, at docket number 24, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*): Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification

Dated: 09/24/2021                    By:    Earle D. Lees, Jr., Esquire/s/
                                            Signature
                                            Earle D. Lees, Jr., Esquire
                                            Name of Filer - Typed
                                            P.O. Box 685, DuBois, PA  15801
                                            Address of Filer
                                            Earlelees69@gmail.com
                                            Email Address of Filer
                                            814-375-9310
                                            Phone Number of Filer
                                            #15763 PA
                                            Bar I.D. and State of Admission

PAWB Local Form 24 (07/13)