**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joan L. Serena**
Debtor(s)

Bankruptcy Case No.: 18−70641−JAD

Chapter: 13
Docket No.: 53 − 52

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of September, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/29/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/8/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/29/21.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-70641-JAD
Joan L. Serena  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: jfur  Page 1 of 3
Date Rcvd: Sep 29, 2021  Form ID: 408  Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan L. Serena, 1555 21st St, Clearfield, PA 16830-3228 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14912384 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14925804 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14945682 | | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 14950222 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14912392 | + | GM Platinum Mastercard - Capital One, Payment Processing Ctr, 6125 Lakeview Rd Ste 800, Charlotte, NC 28269-2605 |
| 14912393 | + | Harrison Engineering LLC, 8101 Boat Club Road, Ste 240-195, Fort Worth, TX 76179-3630 |
| 14912400 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, 4 Gatehall Dr #350, Parsippany, NJ 07054 |
| 15322265 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14928700 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14912394 | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 30 2021 00:04:00 | Honda Financial Services, PO Box 166469, Irving, TX 75016-6469 |
| 14915103 | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 30 2021 00:04:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14912385 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2021 00:12:24 | Capital One, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14912390 | Email/Text: mrdiscen@discover.com | Sep 30 2021 00:03:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 14915462 | Email/Text: mrdiscen@discover.com | Sep 30 2021 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14912386 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2021 00:12:16 | Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14912388 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2021 00:12:24 | Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 14912389 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2021 00:12:20 | Chase amazon, Card Services, PO Box 15123, Wilmington, DE 19850-5123 |
| 15160151 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:12:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14912395 | Email/PDF: cbp@onemainfinancial.com | Sep 30 2021 00:12:20 | One Main, The Commons, 280 Commons Drive, |

Case 18-70641-JAD   Doc 55   Filed 10/01/21   Entered 10/02/21 00:28:33   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: 408 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Du Bois, PA 15801-3808 |
| 14946645 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 30 2021 00:12:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14912745 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Sep 30 2021 00:12:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14943026 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 30 2021 00:04:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951579 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 30 2021 00:04:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14912396 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 30 2021 00:12:22 | Sears Payment Center, PO Box 9001055, Louisville, KY 40290-1055 |
| 14912397 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Sep 30 2021 00:12:24 | Synchrony Bank/Walmart, PO Box 965022, Orlando, FL 32896-5022 |
| 14912398 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Sep 30 2021 00:12:20 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-0024 |
| 14912401 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Sep 30 2021 00:04:00 | Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Toyota Lease Trust |
| 14912391 | | Freedom Mortgage |
| 14912399 | | Toyota |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14912387 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14912383 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2021          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 3 of 3 |
| Date Rcvd: Sep 29, 2021 | Form ID: 408 | Total Noticed: 29 |

Brian Nicholas
    on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Earle D. Lees, Jr.
    on behalf of Debtor Joan L. Serena bankruptcybutler@windstream.net earlelees69@gmail.com

Jerome B. Blank
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 8