**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOAN L. SERENA<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:18-70641 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/09/2018 and confirmed on 11/16/18. The case was subsequently    Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 50,400.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 50,400.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,800.00 | |
|   Trustee Fee | 2,527.01 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,327.01 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORP | 0.00 | 23,336.88 | 0.00 | 23,336.88 |
|     Acct: 6690 | | | | |
|   FREEDOM MORTGAGE CORP | 127.42 | 127.42 | 0.00 | 127.42 |
|     Acct: 6690 | | | | |
| | | | | 23,464.30 |
| **Priority** | | | | |
|   EARLE D LEES JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOAN L. SERENA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EARLE D LEES JR ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 8,572.41 | 8,572.41 | 0.00 | 8,572.41 |
|     Acct: T499 | | | | |
| | | | | 8,572.41 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 9,895.30 | 2,967.99 | 0.00 | 2,967.99 |
|     Acct: 8186 | | | | |
|   CARDMEMBER SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8997 | | | | |
|   CARDMEMBER SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0480 | | | | |
|   DISCOVER BANK(*) | 7,632.52 | 2,289.29 | 0.00 | 2,289.29 |
|     Acct: 1954 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 8,500.22 | 2,549.55 | 0.00 | 2,549.55 |
|     Acct: 2894 | | | | |
|   HARRISON ENGINEERING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0941 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 353.65 | 106.07 | 0.00 | 106.07 |
|     Acct: 0463 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 8,999.46 | 2,699.29 | 0.00 | 2,699.29 |
|     Acct: 0110 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 5,875.25 | 1,762.21 | 0.00 | 1,762.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0025 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7982 | | | | |
| QUANTUM3 GROUP LLC - AGENT MOMA | 1,318.53 | 395.48 | 0.00 | 395.48 |
| Acct: 7953 | | | | |
| LVNV FUNDING LLC | 98.46 | 29.53 | 0.00 | 29.53 |
| Acct: 0407 | | | | |
| TOYOTA LEASE TRUST | 789.71 | 236.87 | 0.00 | 236.87 |
| Acct: 9499 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7982 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 13,036.28 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 45,072.99 |
| TOTAL CLAIMED | | |
| PRIORITY | 8,572.41 | |
| SECURED | 127.42 | |
| UNSECURED | 43,463.10 | |

Date: 09/24/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOAN L. SERENA

          Debtor(s)

    Ronda J. Winnecour
          Movant
         vs.
    No Repondents.

Case No.:18-70641 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70641-JAD |
| Joan L. Serena | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 1 of 3 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan L. Serena, 1555 21st St, Clearfield, PA 16830-3228 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14912384 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14925804 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14945682 | | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 14950222 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14912392 | + | GM Platinum Mastercard - Capital One, Payment Processing Ctr, 6125 Lakeview Rd Ste 800, Charlotte, NC 28269-2605 |
| 14912393 | + | Harrison Engineering LLC, 8101 Boat Club Road, Ste 240-195, Fort Worth, TX 76179-3630 |
| 14912400 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, 4 Gatehall Dr #350, Parsippany, NJ 07054 |
| 15322265 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14928700 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14912394 | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 30 2021 00:04:00 | Honda Financial Services, PO Box 166469, Irving, TX 75016-6469 |
| 14915103 | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 30 2021 00:04:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14912385 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2021 00:12:16 | Capital One, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14912390 | Email/Text: mrdiscen@discover.com | Sep 30 2021 00:03:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 14915462 | Email/Text: mrdiscen@discover.com | Sep 30 2021 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14912386 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2021 00:12:24 | Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14912388 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2021 00:12:20 | Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 14912389 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2021 00:12:24 | Chase amazon, Card Services, PO Box 15123, Wilmington, DE 19850-5123 |
| 15160151 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:12:21 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14912395 | Email/PDF: cbp@onemainfinancial.com | Sep 30 2021 00:12:20 | One Main, The Commons, 280 Commons Drive, |

Case 18-70641-JAD  Doc 56  Filed 10/01/21  Entered 10/02/21 00:28:33  Desc Imaged
Certificate of Notice  Page 6 of 7

| District/off: 0315-7 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Du Bois, PA 15801-3808 |
| 14946645 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 30 2021 00:12:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14912745 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Sep 30 2021 00:12:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14943026 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Sep 30 2021 00:04:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951579 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 30 2021 00:04:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14912396 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 30 2021 00:12:22 | Sears Payment Center, PO Box 9001055, Louisville, KY 40290-1055 |
| 14912397 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Sep 30 2021 00:12:24 | Synchrony Bank/Walmart, PO Box 965022, Orlando, FL 32896-5022 |
| 14912398 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Sep 30 2021 00:12:24 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-0024 |
| 14912401 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Sep 30 2021 00:04:00 | Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Toyota Lease Trust |
| 14912391 | | Freedom Mortgage |
| 14912399 | | Toyota |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14912387 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14912383 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 3 of 3 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 29 |

Brian Nicholas
    on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Earle D. Lees, Jr.
    on behalf of Debtor Joan L. Serena bankruptcybutler@windstream.net  earlelees69@gmail.com

Jerome B. Blank
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Wendt
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 8