**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    JOAN L. SERENA

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:18-70641 JAD

Chapter 13

Document No.:52

FILED
11/30/21 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __30th__ day of __November__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joan L. Serena  
    Debtor

Case No. 18-70641-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: bsil      Page 1 of 3  
Date Rcvd: Nov 30, 2021      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan L. Serena, 1555 21st St, Clearfield, PA 16830-3228 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14912384 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14925804 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14945682 | | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 14950222 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14912392 | + | GM Platinum Mastercard - Capital One, Payment Processing Ctr, 6125 Lakeview Rd Ste 800, Charlotte, NC 28269-2605 |
| 14912393 | + | Harrison Engineering LLC, 8101 Boat Club Road, Ste 240-195, Fort Worth, TX 76179-3630 |
| 15425058 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14912400 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, 4 Gatehall Dr #350, Parsippany, NJ 07054 |
| 15322265 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14928700 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14912394 | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 30 2021 23:38:00 | Honda Financial Services, PO Box 166469, Irving, TX 75016-6469 |
| 14915103 | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 30 2021 23:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14912385 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2021 23:45:40 | Capital One, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14912390 | Email/Text: mrdiscen@discover.com | Nov 30 2021 23:38:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 14915462 | Email/Text: mrdiscen@discover.com | Nov 30 2021 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14912386 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2021 23:45:48 | Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14912388 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2021 23:45:48 | Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 14912389 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2021 23:45:48 | Chase amazon, Card Services, PO Box 15123, Wilmington, DE 19850-5123 |
| 15160151 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2021 23:45:49 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0315-7 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 30 |

| 14912395 | Email/PDF: cbp@onemainfinancial.com | Nov 30 2021 23:45:40 | One Main, The Commons, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 14946645 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2021 23:45:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14912745 | + Email/PDF: rmscedi@recoverycorp.com | Nov 30 2021 23:45:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14943026 | Email/Text: bnc-quantum@quantum3group.com | Nov 30 2021 23:38:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951579 | + Email/Text: bncmail@w-legal.com | Nov 30 2021 23:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14912396 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2021 23:45:41 | Sears Payment Center, PO Box 9001055, Louisville, KY 40290-1055 |
| 14912397 | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 23:45:40 | Synchrony Bank/Walmart, PO Box 965022, Orlando, FL 32896-5022 |
| 14912398 | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 23:45:44 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-0024 |
| 14912401 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2021 23:38:00 | Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | Toyota Lease Trust |
| 14912391 | | Freedom Mortgage |
| 14912399 | | Toyota |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15425059 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14912387 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 14912383 | ##+ | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |

TOTAL: 4 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed**

| District/off: 0315-7 | User: bsil | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: pdf900 | Total Noticed: 30 |

**below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Earle D. Lees, Jr. | on behalf of Debtor Joan L. Serena bankruptcybutler@windstream.net earlelees69@gmail.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 10